JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD AULD, JR., an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, DEPUTY SHERIFF VARGAS, NURSE JACKSON AND DOES 1 to 100, Inclusive,<br><br>        Defendants. | CASE NO. 2:19-cv-09173-MWF-ADSx<br><br>[Hon. Michael W. Fitzgerald Courtroom "5A"]<br><br>**ORDER RE: STIPULATION TO REMAND THE CASE TO STATE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After full consideration of the Stipulation to Remand the Case to State Court, and finding good cause thereto, the Court hereby makes the following Order:

IT IS HEREBY ORDERED that since plaintiff dismissed with prejudice the federal claim in his First Amended Complaint by way of stipulation, this Court no longer has federal question jurisdiction. Thus, this case is remanded back to state court. Plaintiff has 20 days from the date of this Order to file the Second Amended Complaint in state court. Defendants have 30 days from the date the Second Amended Complaint is filed to file a responsive pleading.

**IT IS SO ORDERED.**

DATED: December 26, 2019

_____
Honorable Michael W. Fitzgerald
United States District Court Judge